C. AUGUST KOENIG et al., Appellants, *v.* JOHN E. LAWLER, Respondent.

*Koenig* v. *Lawler*, 178 App. Div. 952, appeal dismissed.

(Argued November 12, 1917; decided November 20, 1917.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 18, 1917, affirm-

ing a judgment in favor of defendant entered upon a verdict.

The motion was made upon the ground that the action was begun in a court not of record and that permission to appeal had not been obtained.

*Amasa J. Parker* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.